IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SYLVESTER PASKEL** | : | |
| | : | |
| v. | : | |
| | : | NO. 13-5755 |
| **THE CITY OF PHILADELPHIA;** | : | |
| **MICHAEL NUTTER, LOUIS GIORLA,** | : | |
| **and JOHN DELANEY** | : | |
| | : | |

**ORDER**

AND NOW, this 17th day of November, 2014, upon consideration of plaintiff's amended complaint (paper no. 13) and defendant's motion to dismiss (paper no. 14), and for the reasons set forth in the accompanying memorandum, it is **ORDERED** that the motion to dismiss (paper no. 14) is **GRANTED**.[1]  The Clerk is directed to mark this case **CLOSED**.

/s/ Norma L. Shapiro

J.

---

[1] Defendants' motion to dismiss plaintiff's amended complaint is miscaptioned as a second motion to dismiss on the docket.